Reset Form

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED

Denise L. Smith )
)
)    DEC 29 2022
)
)    Clerk, U.S. District Court
)    By: _____ Deputy Clerk
(Enter above the full name of the Plaintiff(s) )
)
vs. )    Case Number 22-4072-JAC-RES
)
Denis R. McDonough, Secretary, US VA )
Name )
810 Vermont Ave NW )
Street and number )
Washington, DC 20571 )
City          State          ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.    Name of plaintiff Denise L. Smith

Address 28 Binder Ln.

Ottawa, KS 66067

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant Denis R. McDonough                                                                is

employed at Secretary of the US Department of Veterans Affairs


C.    Additional Defendants Patrick Shea, VISN 15 Human Resources Officer

Daniel Karr, VISN 15 Human Resources Liason


II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

1.    Plaintiff is a citizen of the State of _____Kansas_____.

2.    The first-named defendant above is either

a.  a citizen of the State of _____; or

b.  a corporation incorporated under the laws of the State of

_____ and having its principal place of business

in a State other than the State of which plaintiff is a citizen.


3. The second-named defendant above is either

a.    a citizen of the State of _____; or

b.    a corporation incorporated under the laws of the State of

_____ and having its principal place of business in a

State other than the State of which plaintiff is a citizen.


(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

B.    (If applicable)    Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

☐ 1.    This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article_____, Section_____; Statute, US Code, Title_____, Section_____.

☐ 2.    This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

☑ 3.    Other grounds (specify and state any statute which gives rise to such grounds):

29 C.F.R. 1614

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief.    State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s).    Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph.    Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Please see attached sheets

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.    Do not make legal arguments.)

3

Corrected SF-50, Severance pay explanation with correct severance pay paid out,

Compensatory Damages, Non-pecuniary Damages, Written statements from Dana

Karr and Patrick Shea, Punitive Damages, Attorney fees when attorney retained

V.      Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes [X]   No [ ]

VI.     Do you claim actual damages for the acts alleged in your complaint?
Yes [X]   No [ ]

VII.    Do you claim punitive monetary damages?   Yes [X]   No [ ]


If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Compensatory damages due to mental anguish, harm to reputation, influence on

husband who still works for the KCVA, exasperation of disability, emotional

suffering, etc., as Non-Pecuniary damages equivalent to 5 years' salary, totaling

$477,945. Pecuniary costs for my time and efforts, at my hourly rate of pay of

$45.96/hour, for a total of 120 hours, equivalent to $5515.20

4

VIII.    Administrative Procedures:

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒    No ☐

B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

Filed formal EEO complaint 4/30/2021, Agency rendered decision June 4, ‿

21, but failed to notify me. I was notified on November 18, 2021. I filed com

plaint with OFO on January 27, 2022. I received OFO's denial.

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____

_____

_____


IX.    Related Litigation:

Please mark the statement that pertains to this case:

☐    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☑    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

Signature of Plaintiff

Denise L. Smith
Name (Print or Type)

28 Binder Ln.
Address
Ottawa, KS 66067

5

Ottawa KS 66067
City          State          Zip Code

573-408-0348
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita,  ☐ Kansas City , or  ☒ Topeka} , Kansas as the
(Select One)

location for the trial in this matter.

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or  ☐ No }
(Select One)

Signature of Plaintiff

Dated: 12-29-22
(Rev. 10/15)

6